ENTERED ON DOCKET
APR 15 2011

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| NATASHA ANN ROSS, ) | CASE NO. 11-53169-PWB |
| ) | |
| Debtor(s). ) | |
| ) | |
| U.S. BANK, N.A., ITS ) | CONTESTED MATTER |
| ASSIGNS AND/OR SUCCESSORS ) | |
| IN INTEREST, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| NATASHA ANN ROSS, and ) | |
| ROBERT TRAUNER, as Trustee, ) | |
| ) | |
| Respondents. ) | |

## ORDER

This matter arose upon the Motion for Relief From Stay of 11 U.S.C. § 362 filed by Movant, who contends it is the holder of a Deed to Secure Debt (hereinafter referred to as the "Security Deed"), encumbering certain property known as 5324 Savoy Chase Crossing, Lithonia, GA 30038, as more particularly described in Exhibit "A" attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for 4/13/2011, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is modified to allow Movant, its successors and assigns, to commence

foreclosure proceeding against the Property pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the collateral. It is further

ORDERED that all foreclosure sale proceeds which exceed Movant's lawful debt shall be paid to the Trustee promptly.

A copy of this Order shall be mailed to the individuals identified on the Distribution List attached hereto. It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

IT IS SO ORDERED, this the 14th day of April, 2011.

PAUL W. BONAPFEL
UNITED STATES BANKRUPTCY JUDGE

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: /s/Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, GA  30342
(404) 231-4567

**Barrett, Daffin & Frappier, LLP**
15000 Surveyor Boulevard
Suite 100
Addison, Texas 75001

**PARTIES TO BE SERVED**

Natasha Ann Ross
5324 Savoy Chase Crossing Dr.
Lithonia, Georgia 30038

Boniface G. Echols, Esquire
Echols & Associates, LLC
P.O. Box 81163
Conyers, GA 30013

Robert Trauner, Esq.
Chapter 7 Trustee
1 Glenlake Parkway, NE
Suite 700
Atlanta, GA 30328-3496

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, GA  30342